JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HENRY CHUNG, | CV 16-08586-RSWL-PLA |
| Plaintiff, | **JUDGMENT** |
| v. | |
| VAPOROUS TECHNOLOGIES, LLC, a Pennsylvania limited liability corporation; CHRISTIAN RADO, an individual; and DOES 1-10, | |
| Defendants. | |

On June 6, 2018, this Court issued its ruling and decision on Plaintiff/Counter Defendant Henry Chung's ("Plaintiff") Motion to Dismiss Infringement Action ("Plaintiff's Motion") and Defendants/Counter Claimants Vaporous Technologies, LLC and Christian Rado's (collectively, "Defendants") Motion for Partial Summary Judgment as to Non-Infringement of the '812 Patent

1

("Defendants' Motion"). The Court denied Plaintiff's Motion and granted Defendants' Motion. Subsequently, Defendants voluntarily dismissed their remaining counterclaim for invalidity of the '812 Patent. Accordingly, the Court hereby enters Judgment as follows:

    1.    The Accused Products alleged by Plaintiff in this Action to infringe the '812 Patent do not literally or equivalently infringe the '812 Patent; and

    2.    Plaintiff's Complaint is dismissed with prejudice, and Plaintiff shall take nothing.

**IT IS SO ORDERED.**

DATED: July 3, 2018          s/ RONALD S.W. LEW

                                       **HONORABLE RONALD S.W. LEW**
                                       Senior U.S. District Judge